IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| TONY H. BURFIELD, | * |
| | * |
| Plaintiff, | * |
| vs. | * |
| | * |
| CAROLYN W. COLVIN, | *   No. 4:14CV00161-SWW-JJV |
| Acting Commissioner, | * |
| Social Security Administration, | * |
| | * |
| Defendant. | * |

## ORDER

The Court has received proposed Findings and Recommendations from Magistrate Judge Joe J. Volpe. No objections have been filed. After careful review, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS SO ORDERED this 10th day of August , 2015.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE